# TANNER & ORTEGA, L.L.P.
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
305 BROADWAY
SUITE 1400
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

September 4, 2019

Honorable Vincent Briccetti
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF

Re: *United States v. Tracey Mood*, 19 Cr. 113 (VB)
**Supplemental Defense Sentencing Submission**

Dear Judge Briccetti:

I received from the defendant today the following two documents: a letter from the Orange County Department of Mental Health confirming Mr. Mood's participation in a substance abuse program and the defendant's letter to the Court. I write to the Court to request that they be added as additional exhibits in support of the defendant's sentencing letter previously submitted. Sentence is scheduled for Friday, September 6, 2019 at 2:30 pm.

Finally, in my defense sentencing letter, I had requested that the Court recommend that the defendant be designated to a facility in the Charleston, South Carolina area. However, upon further consultation with Mr. Mood, he is requesting that the Court recommend designation closest to Port Chester, New York, that would afford him the opportunity to participate in the RDAP Program, a facility such as Fort Dix, FCI.

Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

Enc.

cc: AUSA Vladislav Vainberg (By ECF)