# TANNER & ORTEGA, L.L.P.
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA

NEW YORK CITY OFFICE
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

WHITE PLAINS OFFICE
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

> APPLICATION GRANTED
> Mr. Tanner is re-appointed pursuant to the Criminal Justice Act for the limited purposes set forth in this letter.  The Court expresses no opinion about the merits of any future application for relief.
> SO ORDERED:
> *Vincent Briccetti* (signature)
> Vincent L. Briccetti, U.S.D.J.
> 4/27/2020

Hon. Vincent Briccetti
United States District Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Tracey Mood, 19 Cr. 113 (VB)
Request for CJA Re-Appointment

Dear Judge Briccetti:

I was appointed to represent the above defendant pursuant to CJA. On September 6, 2019, the Court sentenced the defendant to 84 months imprisonment to be followed by 5 years' Supervised Release, after his plea of guilty to 21 USC §841(b)(1)(B). Mr. Mood wishes me to assist him in application(s) for relief under 18 USC §3624 and/or 18 USC §3582(c)(1)(A) based upon his underlying medical conditions which place him at increased risk of serious illness or death if he were to contract the COVID-19 virus.

I therefore request to be re-appointed to represent Mr. Mood for these purposes, pursuant to CJA.

Thank you, Your Honor, for your consideration of this application.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner, Esq.

cc: AUSA Vladislav Vainberg (By ECF)