UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
UNITED STATES OF AMERICA,            :

   -against-                         :        19 Cr. 113 (VB)

TRACEY MOOD,                         :        ORDER

   Defendant                          :
---------------------------------------x

Hon. Vincent Briccetti, United States District Court Judge:

    The Defendant, TRACEY MOOD, (Reg. No. 86057-054) anticipates filing a motion for home confinement pursuant 18 U.S.C. § 3624 and/or compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), based on compelling medical reasons which will place his medical condition at issue, *(See attached letter dated April 28, 2020.)*

    It is hereby ORDERED that the Bureau of Prisons release to Defendant's counsel of record, Howard E. Tanner, Esq., within five business days of this Order:

        (1) Defendant's complete medical records from the time he entered into the custody of the Bureau of Prisons to the present, and

        (2) Any documents or other records relating to the Bureau of Prisons' designation of the Defendant as "high risk" in regard to the ongoing COVID-19 pandemic.

SO ORDERED:

                                                    Hon. Vincent Briccetti
                                                    United States District Court Judge

Dated: April 28, 2020
White Plains, New York

**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

| | |
|---|---|
| **NEW YORK CITY OFFICE**<br>299 BROADWAY<br>SUITE 1700<br>NEW YORK, NY 10007<br>OFFICE: (212) 962-1333<br>FAX: (212) 962-1778 | **WHITE PLAINS OFFICE**<br>175 MAIN STREET<br>SUITE 800<br>WHITE PLAINS, NY 10601<br>OFFICE: (914) 358-5998<br>FAX: (914) 761-0995 |

April 28, 2020

Hon. Vincent Briccetti
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

          Re:    <u>United States v. Tracey Mood</u>, 19 Cr. 113 (VB)

Dear Judge Briccetti:

    I am re-appointed to represent the above defendant pursuant to CJA (ECF Doc No. 37). On September 6, 2019, after the defendant's plea of guilty to 21 USC §841(b)(1)(B), the Court sentenced him to 84 months' imprisonment to be followed by 5 years' Supervised Release. He is currently designated at Schuylkill FCI.

    As confirmed in my case notes as well in the Probation Office's Final Presentence Report, Mr. Mood, 53 years old, suffers from diabetes, for which he is prescribed medications, and other physical conditions (ECF Doc. No. 24 at ¶¶77-78) which place him at increased risk of serious illness or death if he were to contract the COVID-19 Virus. I therefore need to review my client's medical records in order to access whether or not to bring an appropriate motion before this Court.

    I therefore write to the Court to request endorsement of the attached proposed Order requiring the Federal Bureau of Prisons to provide me with a copy of Mr. Mood's medical records.

    Thank you, Your Honor, for your consideration of this application.

Very truly yours,

Tanner & Ortega, L.L.P.

/Howard E. Tanner, Esq.

cc:    AUSA Vladislav Vainberg (By ECF)