UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :     **ORDER**
v.                                :
                                  :     19 CR 113 (VB)
TRACEY MOOD,                      :
                    Defendant.    :
--------------------------------------------------------x

On May 29, 2020, defendant Tracey Mood filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. #40).

By June 12, 2020, the government shall file a response to the motion.

Dated: June 1, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge