Copies Mailed/Faxed 9/10/20
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                        :
v.                                      :    **ORDER**
                                        :
TRACEY MOOD,                            :    19 CR 113 (VB)
                    Defendant.          :
-----------------------------------------------------------------x

On May 29, 2020, by and through counsel, defendant Tracy Mood moved pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) for a reduction of his term of imprisonment in light of the current COVID-19 pandemic. (Doc. #40). By Memorandum Opinion and Order dated June 16, 2020, the Court denied defendant's motion. (Doc. #45).

In a pro se submission dated August 24, 2020, defendant requests that the Court reconsider its denial of his motion to reduce his term of imprisonment. (Doc. #46).

The Court has carefully reviewed its June 16 Memorandum Opinion and Order and defendant's motion for reconsideration. Having done so, the Court concludes it did not overlook facts or precedent that might have altered its decision to deny defendant's motion to reduce his term of imprisonment. Simply put, defendant has not demonstrated "extraordinary and compelling reasons" to warrant early termination of his lawfully imposed prison sentence, taking into account his medical history, the seriousness of his criminal conduct, and the need for the sentence imposed to promote respect for the law, provide just punishment, afford adequate deterrence, and protect the public.

Accordingly, the motion for reconsideration is DENIED.

Chambers will mail a copy of this Order to defendant at the following address:

Tracey Mood, Reg. No. 86057-054
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954

Dated: September 10, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge