Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                        :
v.                                      :     **ORDER**
                                        :
TRACEY MOOD,                            :     19 CR 113 (VB)
                        Defendant.      :
--------------------------------------------------------------x

By letter dated December 31, 2020, defendant Mood filed a renewed motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). The letter will be separately docketed.

By January 20, 2021, the government shall file a response to the letter.

Chambers will mail a copy of this Order to defendant at the following address:

Tracey Mood, Reg. No. 86057-054
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954

Dated: January 6, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1