UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

TRACEY MOOD,
                       Defendant.
----------------------------------------------------------x

**ORDER**

19 CR 113 (VB)

On July 15, 2021, defendant Tracey Mood submitted a "renewed motion for compassionate release." The motion will be separately docketed.

By August 5, 2021, the government shall file a response to the motion.

Dated: July 15, 2021
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge