UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                                                   :  **ORDER**
v.                                                                  :
                                                                   :  19 CR 113 (VB)
TRACEY MOOD,                              :
                           Defendant.    :
--------------------------------------------------------x

On June 8, 2022, the Court received defendant Tracey Mood's latest motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). The motion will be separately docketed.

The government is directed to submit a response to the motion by June 30, 2022.

Chambers will mail a copy of this Order to defendant at the following address:

Tracey Mood, Reg. No. 86057-054
FCI Schuylkill
Federal Correctional Institution
P.O. Box 759
Minersville, PA 17954

Dated: June 9, 2022
        White Plains, NY

                                              SO ORDERED:

                                              _____
                                              Vincent L. Briccetti
                                              United States District Judge