UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------

UNITED STATES OF AMERICA

v.

TRACEY MOOD,

                  Defendant.

---------------------------------------------------------x

**ORDER**

19 CR 113 (VB)

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3|19|26

    In a letter received by the Court on March 13, 2026 (which will be separately docketed), defendant Tracey Mood seeks early termination of supervised release.

    The request is GRANTED.

    Having reviewed defendant's application for early termination, consulted with his probation officer, and considered the factors set forth in 18 U.S.C. § 3553(a), the Court is satisfied that early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1) is warranted by Mr. Mood's conduct and the interest of justice. Defendant has served approximately three years of his five-year term of supervised release following completion of a seven-year term of imprisonment. According to his probation officer, defendant has successfully adjusted to supervision, maintained a stable personal and professional life, and demonstrated an ability to refrain from criminal activity. He has shown a genuine commitment to change and to live a law-abiding and productive life. He has maintained prosocial relationships, sustained long term employment, and remained substance-abuse free. He intends to move to the Carolinas to be nearer to his family

    Although Mr. Mood was designated as a "career offender" under the Sentencing Guidelines at the time of his sentencing in 2019, which ordinarily would counsel against early termination, defendant has exceeded all supervision objectives, and the Probation Department believes that early termination of supervised release is both appropriate and in the interest of justice.

    Supervision is terminated effective March 26, 2026, in order to give defendant's probation officer an opportunity to meet or otherwise communicate with Mr. Mood and provide whatever guidance the probation officer believes is appropriate under the circumstances.

    Accordingly, it is hereby ORDERED that supervised release is terminated, and defendant Tracey Mood is discharged therefrom, effective March 26, 2026.

    Chambers will mail a copy of this Order to defendant at the following address:

Tracey Mood
63 Ward Street, Unit 2D
Norwalk, CT 06851

1

Chambers will also provide a copy of this order to defendant's probation officer.

Dated: March 19, 2026
      White Plains, NY

                                    SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge